UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:  Joshua C Manning and Shannon L. Manning<br>           Debtor(s)<br><br>Nationstar Mortgage LLC, or its Successor or Assignee<br>           Movant<br><br>           vs.<br><br>Joshua C Manning and Shannon L. Manning<br>Jack N Zaharopoulos<br>           Respondent(s) | Chapter 13<br><br>Bankruptcy No. 16-03624-mjc |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Nationstar Mortgage LLC or its Successor or Assignee, filed a Motion For Relief From the Automatic Stay with the court requesting Relief from the automatic stay as to property at 3 Hillside Drive, Riverside, Pennsylvania 17868.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

  1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before May 6, 2024 you or your attorney must do all of the following:

  (a) file an answer explaining your position at

  US Courthouse & Federal Building
  240 West Third Street
  Williamsport, PA 17701

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

  (b) mail a copy to the movant's attorney:

  Marisa Myers Cohen, Esquire
  McCabe, Weisberg & Conway, LLC

1420 Walnut Street, Suite 1501
Philadelphia, PA 19102
Phone: 215-790-1010
Fax: 215-790-1274

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order\ granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Mark J. Conway on May 14, 2024, at 10:00a.m. in Courtroom 4, United States Bankruptcy Court, US Courthouse & Federal Building, 240 West Third Street, Williamsport, Pennsylvania 17701

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (570) 831-2500 to find out whether the hearing has been canceled because no one filed an answer.

Date: April 24, 2024