IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re<br>Joshua C Manning and Shannon L Manning | Chapter 13<br><br>Case No 4:16-bk-03624-MJC |
| Nationstar Mortgage LLC<br>    Movant<br>v<br><br>Joshua C Manning and Shannon L Manning<br>Jack N Zaharopoulos<br>    Respondents | |

### ANSWER OF DEBTOR TO STAY RELIEF MOTION OF MORTGAGEE

Joshua C Manning and Shannon L Manning (the "Debtor"), by the Debtor's attorney, Robert Spielman, state the following:

1. Admitted.

2. Admitted.

3. Denied. Despite reasonable investigation, the Debtor is unable to determine the accuracy of this statement. Specifically, the Debtor disputes the reasonableness of the fees and costs that are claimed by Nationstar ("Lender") as well as the accuracy of the computations made by Lender.

4. Admitted.

5. Denied. Despite reasonable investigation, the Debtor is unable to determine the accuracy of this statement. Specifically, the Debtor disputes the reasonableness of the fees and costs that are claimed by Nationstar ("Lender") as well as the accuracy of the computations made by Lender.

6. Admitted.

7. Admitted.

8. Admitted in part and denied in part. It is admitted that the Debtor his defaulted on some of the post-petition mortgage payments, but the Debtor disputes the accuracy of the Lender's computations. In further answer, the Debtor will cure the post-petition default within a reasonable amount of time. The Debtor will cure the post-petition default within

a reasonable amount of time.

9. Admitted in part and denied in part. It is admitted that the Lender has incurred fees and costs, but it is denied that those fees and costs are reasonable.

10. Denied. The Debtor will cure the post-petition default within a reasonable amount of time.

11. Admitted in part and denied in part. It is admitted that Lender has attached a lot of documents. It is denied that those documents are sufficient to support the relief requested in this motion.

**WHEREFORE**, the Debtor requests that the Motion be dismissed; and that the Court grant such other relief as is just.

**LAW OFFICES OF ROBERT SPIELMAN, P.C.**


**BY: /s/ Robert Spielman**
Robert Spielman
PA ID No 21489
29 East Main Street
Bloomsburg, PA 17815
570-380-1072
E-mail bobspielman@yahoo.com
Website robertspielman.com

Bloomsburg, Pennsylvania
Dated: May 4, 2024

## CERTIFICATION OF SERVICE

      I, Robert Spielman, 29 East Main Street, Bloomsburg, PA 17815-1485 certify: that I am, and at all times hereinafter mentioned was, more than 18 years of age; and that on the date set forth below, I served a copy of the annexed Answer on:

Jack N Zaharopoulos
8125 Adams Dr Ste A
Hummelstown PA 17036

MARISA MYERS COHEN, ESQUIRE ID #87830
ANDREW M. LUBIN, ESQUIRE ID # 54297
Attorney for Nationstar Mortgage LLC
1420 Walnut Street, Suite 1501
Philadelphia, PA 19102
Telephone: (215) 790-1010
Facsimile: (215) 790-1274


by first class mail, postage prepaid, addressed as set forth above, or by electronic transmission. I certify under penalty of perjury that the foregoing is true and correct.

**LAW OFFICES OF ROBERT SPIELMAN, P.C.**


**BY: /s/ Robert Spielman**
Robert Spielman
PA ID No 21489
29 East Main Street
Bloomsburg PA 17815
570-380-1072
E-mail bobspielman@yahoo.com
Website robertspielman.com

Bloomsburg, Pennsylvania
Dated: May 4, 2024