LOCAL BANKRUPTCY FORM 9019-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | **CHAPTER 13** |
| **Joshua C Manning and Shannon L Manning,** | : : | **CASE NO. 4:16-bk-03624-MJC** |
| Debtor, | : : | |
| | : | **Pleading: Motion for Relief from the Automatic Stay** |
| **Nationstar Mortgage, LLC,** | : : | |
| Plaintiff / Movant, | : | Document #: 104 |
| vs. | : : : | |
| **Joshua C Manning and Shannon L Manning Jack N Zaharopoulos,** | : : : | |
| Defendant / Respondent, | : : : : | |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
  ☐ Thirty (30) days.
  ☒ Forty-five (45) days.
  ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: June 11, 2024            /s/ Andrew M. Lubin, Esq., ID No. 54297
                                Attorney for Nationstar Mortgage, LLC
                                Name: Andrew M. Lubin, Esquire
                                Phone Number: (215) 790-1010

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.