United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Joshua C Manning  
Shannon L Manning  
    Debtors

Case No. 16-03624-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-4      User: AutoDocke      Page 1 of 4  
Date Rcvd: Sep 19, 2024      Form ID: 3180W      Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joshua C Manning, 85 Hillside Dr, Danville, PA 17821-8923 |
| jdb | + | Shannon L Manning, 85 Hillside Dr, Danville, PA 17821-8923 |
| 4828931 | + | Credit Protection Associates, Box 802068, Dallas, TX 75380-2068 |
| 4837625 | + | Misericordia University, 301 Lake Street, Dallas PA 18612-1090 |
| 4828936 | + | PNC Educational Loan Center, PO Box 757, Pittsburgh, PA 15265-0001 |
| 4828938 | + | Remit Corp, 36 W Main St, Bloomsburg, PA 17815-1703 |
| 4828939 | + | Service Electric Cable TV, 3662 Point Township Drive, Northumberland, PA 17857-8871 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Sep 19 2024 22:34:00 | Capital One Auto Finance, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Sep 19 2024 22:34:00 | Capital One Auto Finance c/o AIS Portfolio Service, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | EDI: AISACG.COM | Sep 19 2024 22:34:00 | Capital One Auto Finance c/o AIS Portfolio Service, P.O. BOX 4360, Houston, TX 77210-4360 |
| 4828921 | + | Email/Text: bncnotifications@pheaa.org | Sep 19 2024 18:38:00 | AES, 1200 N 7th St, Harrisburg, PA 17102-1419 |
| 4833860 | + | EDI: AISACG.COM | Sep 19 2024 22:34:00 | Capital One Auto Finance, c/o AIS Portfolio Services LP fka, AIS Data Svcs dba Ascension Capital Grp, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 4828922 | + | EDI: CAPONEAUTO.COM | Sep 19 2024 22:34:00 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 4847546 | | EDI: CAPITALONE.COM | Sep 19 2024 22:34:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 4828923 | + | EDI: CAPITALONE.COM | Sep 19 2024 22:34:00 | Capital One Boscovs, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 4828924 | + | EDI: CAPITALONE.COM | Sep 19 2024 22:34:00 | Capital One Credit Card, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 4828925 | + | EDI: CAPITALONE.COM | Sep 19 2024 22:34:00 | Capital One Credit Card, PO Box 30285, Salt Lake City, Utah 84130-0285 |
| 4850772 | | Email/PDF: bncnotices@becket-lee.com | | |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Sep 19 2024 18:41:59 | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4828927 | + | EDI: CITICORP | Sep 19 2024 22:34:00 | Citibank Childrens Place, B 4 13, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 4828928 | + | EDI: WFNNB.COM | Sep 19 2024 22:34:00 | Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 4828929 | + | EDI: WFNNB.COM | Sep 19 2024 22:34:00 | Comenity Bank BonTon, PO Box 182789, Columbus, OH 43218-2789 |
| 4828930 | + | EDI: WFNNB.COM | Sep 19 2024 22:34:00 | Comenity Bank Maurices, PO BOX 182789, Columbus, OH 43218-2789 |
| 4828932 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 19 2024 18:38:00 | Department of Education, 121 S 13th Street, Lincoln, NE 68508-1911 |
| 4952765 | | Email/Text: ECMCBKNotices@ecmc.org | Sep 19 2024 18:38:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 4952766 | | Email/Text: ECMCBKNotices@ecmc.org | Sep 19 2024 18:38:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408, ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 4828933 | | Email/Text: cschmidt@mcfcu.org | Sep 19 2024 18:38:00 | MC Federal Credit Union, 230 Walnut St, Danville, PA 17821 |
| 5162643 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 19 2024 18:38:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 5181586 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 19 2024 18:38:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 5181585 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 19 2024 18:38:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 4832423 | + | Email/Text: bncnotifications@pheaa.org | Sep 19 2024 18:38:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 4872372 | | EDI: PRA.COM | Sep 19 2024 22:34:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4828937 | ^ | MEBN | Sep 19 2024 18:33:37 | PPL, 827 Hausman Rd, Allentown, PA 18104-9392 |
| 4828934 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 19 2024 18:38:00 | Pacific Union Financial, 1603Lyndon B Johnson Fairway, Farmers Branch, TX 75234-6071 |
| 4831634 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 19 2024 18:38:00 | Pacific Union Financial, LLC, 1603 LBJ Freeway, Suite 500, Farmers Branch, TX 75234-6071 |
| 4867162 | | EDI: Q3G.COM | Sep 19 2024 22:34:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 4851906 | | EDI: Q3G.COM | Sep 19 2024 22:34:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 4872058 | + | Email/Text: bncmail@w-legal.com | Sep 19 2024 18:38:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 4828940 | + | EDI: WTRRNBANK.COM | Sep 19 2024 22:34:00 | TD Bank, Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 4832710 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 19 2024 18:38:00 | U.S. Department of Education C/O Nelnet, 121 South 13th St, Suite 201, Lincoln, NE 68508-1911 |

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 4828926 | *+ | Capital One Credit Card, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 4828935 | ##+ | Penn Credit Corp, 916 S 14th Street, Harrisburg, Pennsylvania 17104-3425 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2024         Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2024 at the address(es) listed below:

**Name** — **Email Address**

Andrew L Spivack
on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper andrew.spivack@brockandscott.com wbecf@brockandscott.com

Andrew M. Lubin
on behalf of Creditor NATIONSTAR MORTGAGE LLC nj-ecfmail@mwc-law.com

Christopher A DeNardo
on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper logsecf@logs.com cistewart@logs.com

Denise E. Carlon
on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com

Denise E. Carlon
on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com

ECMC
djwilcoxson@ecmc.org

Jack N Zaharopoulos
TWecf@pamd13trustee.com

Kevin S Frankel
on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com

Kristen D Little
on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper KRLITTLE@FIRSTAM.COM

Mario J. Hanyon
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper wbecf@brockandscott.com mario.hanyon@brockandscott.com

Mario J. Hanyon
on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper wbecf@brockandscott.com mario.hanyon@brockandscott.com

Marisa Myers Cohen
on behalf of Creditor NATIONSTAR MORTGAGE LLC ecfmail@mwc-law.com

Marisa Myers Cohen
on behalf of Creditor Pacific Union Financial  LLC ecfmail@mwc-law.com

| | |
|---|---|
| Robert Spielman | on behalf of Debtor 2 Shannon L Manning bobspielman@yahoo.com rssecty@yahoo.com;spielman.robertr106381@notify.bestcase.com |
| Robert Spielman | on behalf of Debtor 1 Joshua C Manning bobspielman@yahoo.com rssecty@yahoo.com;spielman.robertr106381@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 16

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Joshua C Manning | Social Security number or ITIN xxx–xx–9174 |
| | First Name  Middle Name  Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | Shannon L Manning | Social Security number or ITIN xxx–xx–4157 |
| | First Name  Middle Name  Last Name | EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 4:16–bk–03624–MJC | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Joshua C Manning                Shannon L Manning

**By the court:**

9/19/24

Mark J. Conway, United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W         **Chapter 13 Discharge**         page 2