# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re: Joshua C Manning
    Shannon L Manning

Case No.: 4-16-03624 MJC

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | Nationstar |
| Court Claim Number: | 20 |
| Last Four of Loan Number: | 9549 |
| Property Address if applicable: | 85 Hillside Dr |

**PART 2: CURE AMOUNT**

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $6,930.66 |
| b. | Prepetition arrearages paid by the trustee: | $6,930.66 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $13,157.77 |
| f. | Postpetition arrearage paid by the trustee: | $13,157.77 |
| g. | Total b, d, and f: | $20,088.43 |

**PART 3: POSTPETITION MORTGAGE PAYMENT**

Mortgage is/was paid directly by the debtor(s).

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: September 24, 2024

Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: Joshua C Manning
    Shannon L Manning

Case No.: 4-16-03624 MJC

Chapter 13

**Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 24, 2024, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Robert Spielman, Esquire
29 E Main St, Suite D
Bloomsburg, PA 17815-1485

**Served by First Class Mail**
Nationstar Mtg, LLC
PO Box 619096
Dallas TX 75261-9741

Joshua C Manning
Shannon L Manning
85 Hillside Rd
Danville  PA 17821

I certify under penalty of perjury that the foregoing is true and correct.

Date:  September 24, 2024

/s/  Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 16-03624  JOSHUA C MANNING

NATIONSTAR MORTGAGE
PO BOX 619094
DALLAS, TX  75261-9741

**Sequence:** 24
**Modify:**
**Filed Date:**
**Hold Code:**

**Acct No:** Hillside Dr -ARREARS - 9549

POST PETITION ARREARS  07/21 AMENDED (SEE NOTES)

| | | | | |
|---|---|---|---|---|
| Amt Sched: $0.00 | Debt: $13,157.77 | Interest Paid: $0.00 | | |
| Amt Due: $0.00 | Paid: $13,157.77 | Accrued Int: $0.00 | | |
| | | Balance Due: $0.00 | | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | DisbDescrp |

### 5201  NATIONSTAR MORTGAGE

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-1 | NATIONSTAR MORTGAGE | | 09/17/2024 | 2040161 | $875.94 | $0.00 | $875.94 | |
| 520-1 | NATIONSTAR MORTGAGE | | 04/17/2024 | 2035543 | $60.25 | $0.00 | $60.25 | 04/25/2024 |
| 520-1 | NATIONSTAR MORTGAGE | | 02/14/2024 | 2033617 | $138.00 | $0.00 | $138.00 | 02/28/2024 |
| 520-1 | NATIONSTAR MORTGAGE | | 12/19/2023 | 2031792 | $376.28 | $0.00 | $376.28 | 01/03/2024 |
| 520-1 | NATIONSTAR MORTGAGE | | 09/19/2023 | 2028899 | $791.82 | $0.00 | $791.82 | 09/29/2023 |
| 520-1 | NATIONSTAR MORTGAGE | | 08/09/2023 | 2027878 | $395.91 | $0.00 | $395.91 | 08/17/2023 |
| 520-1 | NATIONSTAR MORTGAGE | | 07/11/2023 | 2026900 | $395.91 | $0.00 | $395.91 | 07/20/2023 |
| 520-1 | NATIONSTAR MORTGAGE | | 05/16/2023 | 2025039 | $380.37 | $0.00 | $380.37 | 05/26/2023 |
| 520-1 | NATIONSTAR MORTGAGE | | 04/18/2023 | 2024022 | $380.37 | $0.00 | $380.37 | 04/28/2023 |
| 520-1 | NATIONSTAR MORTGAGE | | 03/15/2023 | 2023000 | $380.37 | $0.00 | $380.37 | 03/24/2023 |
| 520-1 | NATIONSTAR MORTGAGE | | 02/15/2023 | 2021989 | $1,098.33 | $0.00 | $1,098.33 | 02/24/2023 |
| 520-1 | NATIONSTAR MORTGAGE | | 01/18/2023 | 2020988 | $558.00 | $0.00 | $558.00 | 01/26/2023 |
| 520-1 | NATIONSTAR MORTGAGE | | 12/13/2022 | 2019988 | $380.37 | $0.00 | $380.37 | 12/22/2022 |
| 520-1 | NATIONSTAR MORTGAGE | | 11/16/2022 | 2019037 | $380.37 | $0.00 | $380.37 | 12/14/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 520-1 | NATIONSTAR MORTGAGE | | 09/13/2022 | 2016941 | $401.23 | $0.00 | $401.23 | 09/22/2022 |
| 520-1 | NATIONSTAR MORTGAGE | | 08/17/2022 | 2015915 | $401.23 | $0.00 | $401.23 | 08/25/2022 |
| 520-1 | NATIONSTAR MORTGAGE | | 07/13/2022 | 2014854 | $373.42 | $0.00 | $373.42 | 07/21/2022 |
| 520-1 | NATIONSTAR MORTGAGE | | 05/17/2022 | 2012850 | $746.84 | $0.00 | $746.84 | 05/25/2022 |
| 520-1 | NATIONSTAR MORTGAGE | | 04/12/2022 | 2011776 | $373.42 | $0.00 | $373.42 | 04/21/2022 |
| 520-1 | NATIONSTAR MORTGAGE | | 03/16/2022 | 2010760 | $373.42 | $0.00 | $373.42 | 03/24/2022 |
| 520-1 | NATIONSTAR MORTGAGE | | 01/19/2022 | 2008798 | $373.42 | $0.00 | $373.42 | 02/01/2022 |
| 520-1 | NATIONSTAR MORTGAGE | | 12/15/2021 | 2007791 | $373.42 | $0.00 | $373.42 | 12/24/2021 |
| 520-1 | NATIONSTAR MORTGAGE | | 11/16/2021 | 2006765 | $374.33 | $0.00 | $374.33 | 11/24/2021 |
| 520-1 | NATIONSTAR MORTGAGE | | 10/14/2021 | 2005736 | $456.50 | $0.00 | $456.50 | 10/21/2021 |
| 520-1 | NATIONSTAR MORTGAGE | | 09/14/2021 | 2004691 | $470.00 | $0.00 | $470.00 | 09/22/2021 |
| 520-1 | NATIONSTAR MORTGAGE | | 08/18/2021 | 2003683 | $478.46 | $0.00 | $478.46 | 09/03/2021 |
| 520-1 | NATIONSTAR MORTGAGE | | 07/14/2021 | 2002616 | $384.46 | $0.00 | $384.46 | 07/23/2021 |
| 520-1 | NATIONSTAR MORTGAGE | | 06/16/2021 | 2001638 | $217.14 | $0.00 | $217.14 | 06/24/2021 |
| 520-1 | NATIONSTAR MORTGAGE | | 05/18/2021 | 2000627 | $217.14 | $0.00 | $217.14 | 05/28/2021 |
| 520-1 | NATIONSTAR MORTGAGE | | 04/15/2021 | 1229253 | $210.21 | $0.00 | $210.21 | 04/27/2021 |
| 520-1 | NATIONSTAR MORTGAGE | | 03/17/2021 | 1228234 | $210.21 | $0.00 | $210.21 | 03/26/2021 |
| 520-1 | NATIONSTAR MORTGAGE | | 02/17/2021 | 1227219 | $130.63 | $0.00 | $130.63 | 03/01/2021 |
| | | | | Sub-totals: | $13,157.77 | $0.00 | $13,157.77 | |
| | | | | Grand Total: | $13,157.77 | $0.00 | | |

# Disbursements for Claim

**Case:** 16-03624    **JOSHUA C MANNING**

NATIONSTAR MORTGAGE  
PO BOX 619094  

DALLAS, TX  75261-9741  

**Acct No:** Hillside Dr -ARREARS - 9549  

ARREARS - HILLSIDE DRIVE  

Sequence: 24  
Modify:  
Filed Date:  
Hold Code:  

|  |  |  |  |  |
|---|---|---|---|---|
| Amt Sched: $147,283.00 | Debt: $6,930.66 | Interest Paid: $0.00 |
| Amt Due: $0.00 | Paid: $6,930.66 | Accrued Int: $0.00 |
|  |  | Balance Due: $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled DisbDescrp |
|---|---|---|---|---|---|---|---|---|
| **5200** | **NATIONSTAR MORTGAGE** | | | | | | | |
| 520-0 | NATIONSTAR MORTGAGE | | 09/17/2024 | 2040161 | $461.39 | $0.00 | $461.39 | |
| 520-0 | NATIONSTAR MORTGAGE | | 04/17/2024 | 2035543 | $31.75 | $0.00 | $31.75 | 04/25/2024 |
| 520-0 | NATIONSTAR MORTGAGE | | 11/03/2020 | 1223478 | $210.21 | $0.00 | $210.21 | 11/12/2020 |
| 520-0 | NATIONSTAR MORTGAGE | | 10/15/2020 | 1222645 | $210.21 | $0.00 | $210.21 | 10/23/2020 |
| 520-0 | NATIONSTAR MORTGAGE | | 09/17/2020 | 1221648 | $207.90 | $0.00 | $207.90 | 09/24/2020 |
| 520-0 | NATIONSTAR MORTGAGE | | 08/12/2020 | 1220587 | $415.80 | $0.00 | $415.80 | 08/19/2020 |
| 520-0 | NATIONSTAR MORTGAGE | | 07/07/2020 | 1219549 | $207.90 | $0.00 | $207.90 | 07/21/2020 |
| 520-0 | NATIONSTAR MORTGAGE | | 06/02/2020 | 1218518 | $207.90 | $0.00 | $207.90 | 06/12/2020 |
| 520-0 | NATIONSTAR MORTGAGE | | 04/14/2020 | 1216509 | $207.90 | $0.00 | $207.90 | 04/23/2020 |
| 520-0 | NATIONSTAR MORTGAGE | | 03/12/2020 | 1215228 | $646.57 | $0.00 | $646.57 | 03/19/2020 |
| 520-0 | NATIONSTAR MORTGAGE | | 12/12/2019 | 1211202 | $215.52 | $0.00 | $215.52 | 12/19/2019 |
| 520-0 | NATIONSTAR MORTGAGE | | 10/10/2019 | 1208714 | $215.52 | $0.00 | $215.52 | 10/18/2019 |
| 520-0 | NATIONSTAR MORTGAGE | | 09/26/2019 | 1207550 | $225.23 | $0.00 | $225.23 | 10/03/2019 |
| 520-0 | NATIONSTAR MORTGAGE | | 08/07/2019 | 1206081 | $645.18 | $0.00 | $645.18 | 08/20/2019 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total DisbDescrp | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | NATIONSTAR MORTGAGE | | 07/11/2019 | 1204725 | $845.35 | $0.00 | $845.35 | 07/25/2019 |
| 520-0 | PACIFIC UNION FINANCIAL LLC | | 03/12/2019 | 1199398 | $215.06 | $0.00 | $215.06 | 03/26/2019 |
| 520-0 | PACIFIC UNION FINANCIAL LLC | | 02/07/2019 | 1198134 | $215.06 | $0.00 | $215.06 | 02/19/2019 |
| 520-0 | PACIFIC UNION FINANCIAL LLC | | 12/13/2018 | 1195632 | $215.06 | $0.00 | $215.06 | 12/19/2018 |
| 520-0 | PACIFIC UNION FINANCIAL LLC | | 11/08/2018 | 1194237 | $215.06 | $0.00 | $215.06 | 11/19/2018 |
| 520-0 | PACIFIC UNION FINANCIAL LLC | | 09/06/2018 | 1191541 | $365.36 | $0.00 | $365.36 | 09/17/2018 |
| 520-0 | PACIFIC UNION FINANCIAL LLC | | 08/09/2018 | 1190227 | $215.99 | $0.00 | $215.99 | 08/15/2018 |
| 520-0 | PACIFIC UNION FINANCIAL LLC | | 07/12/2018 | 1188859 | $168.83 | $0.00 | $168.83 Payment for 7/2018 | 07/17/2018 |
| 520-0 | PACIFIC UNION FINANCIAL LLC | | 06/07/2018 | 1187462 | $168.83 | $0.00 | $168.83 Payment for 6/2018 | 06/13/2018 |
| 520-0 | PACIFIC UNION FINANCIAL LLC | | 05/15/2018 | 1186167 | $168.83 | $0.00 | $168.83 Payment for 5/2018 | 05/22/2018 |
| 520-0 | PACIFIC UNION FINANCIAL LLC | | 04/03/2018 | 1183052 | $28.25 | $0.00 | $28.25 Payment for 4/2018 | 04/10/2018 |
| | | | | Sub-totals: | $6,930.66 | $0.00 | $6,930.66 | |
| | | | | Grand Total: | $6,930.66 | $0.00 | | |