**Fill in this information to identify the case:**

Debtor 1  Joshua C. Manning

Debtor 2  Shannon L. Manning
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of PA

Case number  16-03624 MJC

# Form 4100R

# Response to Notice of Final Cure Payment                          10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of Creditor:** Nationstar Mortgage LLC

**Court claim no. (if known):** 20

**Last 4 digits** of any number you use to identify the debtor's account: 9549

**Property address:**
3 Hillside Dr
Danville, PA 17868

## Part 2: Prepetition Default Payments

Check one:

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:  $ _____

## Part 3: Postpetition Mortgage Payment

Check one:

[ ] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:

[X] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | |
|---|---|---|
| a. Total postpetition ongoing payments due: | (a) | $ 5,138.10 |
| b. Total fees, charges, expenses, escrow, and costs outstanding: | + (b) | $ 0.00 |
| c. **Total.** Add lines a and b. | (c) | $ 5,138.10 |

Creditor asserts that the debtor(s) are contractually obligated for  05 / 01 / 2024
the postpetition payment(s) that first became due on:

| Debtor(s) | Joshua C. Manning and Shannon L. Manning | Case Number (if known): 16-03624 MJC |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ *Brent J. Lemon*
Brent Lemon
08 Oct 2024, 11:23:43, EDT

Date   10/08/2024

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joshua C. Manning<br>Shannon L. Manning<br>**Debtor(s)**<br><br>Nationstar Mortgage LLC<br>**Movant**<br><br>vs.<br><br>Joshua C. Manning<br>Shannon L. Manning<br>**Debtor(s)**<br><br>Jack N. Zaharopoulos,<br>**Trustee** | BK NO. 16-03624 MJC<br><br>Chapter 13<br><br>Related to Claim No. 20 |

## CERTIFICATE OF SERVICE
## RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Brent J. Lemon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on October 11, 2024, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Joshua C. Manning
85 Hillside Drive
Danville, PA 17821

Shannon L. Manning
85 Hillside Drive
Danville, PA 17821

Attorney for Debtor(s) (via ECF)
Robert Spielman, Esq.
29 East Main Street
Bloomsburg, PA 17815-1485

Trustee (via ECF)
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail.

Dated: October 11, 2024

**/s/ Brent J. Lemon**
Brent J. Lemon
Attorney I.D. 86478
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(412) 475-8764
blemon@kmllawgroup.com

## Motion For Relief Information
### Pre-Petition Ledger

| | |
|---|---|
| Filed By: | JOSHUA MANNING |
| | SHANNON MANNING |
| Case Number: | 1603624 |
| Filing Date: | 08/31/16 |

| | POC Figures | Comments |
|---|---|---|
| Payments | $3,515.75 | 5 PMTS |
| Prepetition | $1,681.47 | |
| Escrow | $1,189.32 | |
| Escrow | $544.12 | |
| NSF Fees | | |
| FCL fees and Cost | | |
| ATTY FEES | | |
| FILING FEES | | |
| TITLE FEES | | |
| PROPERTY INSPEC | | |
| BK FEES | | |
| Other fees | | |
| Others | | |
| Suspense | | |
| Total POC | $6,930.66 | |

### Trustee Disbursements

| Payment Received | Principal Received | POC Balance | Applied To | Payment Applied | Payment Applied | Additional Escrow Applied | Additional Escrow Applied | Fees/Costs/Corp Applied | Fees/Costs/Corp Applied | Payment Suspense | LSAMS Trustee Suspense Balance | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (Date) | | $ 6,930.66 | (Date) | | $ 3,515.75 | | $ 1,733.44 | | $ 1,681.47 | | $ - | |
| | | $ 6,930.66 | | | $ 3,515.75 | | $ 1,733.44 | | $ 1,681.47 | $ - | $ - | |
| | | $ 6,930.66 | | | $ 3,515.75 | | $ 1,733.44 | | $ 1,681.47 | $ - | $ - | |
| 04/09/18 | $ 28.25 | $ 6,902.41 | | | $ 3,515.75 | | $ 1,733.44 | | $ 1,681.47 | $ 28.25 | $ 28.25 | |
| 05/21/18 | $ 168.83 | $ 6,733.58 | | | $ 3,515.75 | | $ 1,733.44 | | $ 1,681.47 | $ 168.83 | $ 197.08 | |
| 06/12/18 | $ 168.83 | $ 6,564.75 | | | $ 3,515.75 | | $ 1,733.44 | | $ 1,681.47 | $ 168.83 | $ 365.91 | |
| 07/16/18 | $ 168.83 | $ 6,395.92 | | | $ 3,515.75 | | $ 1,733.44 | | $ 1,681.47 | $ 168.83 | $ 534.74 | |
| 08/14/18 | $ 215.99 | $ 6,179.93 | | | $ 3,515.75 | | $ 1,733.44 | | $ 1,681.47 | $ 215.99 | $ 750.73 | |
| 09/14/18 | $ 365.36 | $ 5,814.57 | | | $ 3,515.75 | | $ 1,733.44 | | $ 1,681.47 | $ 365.36 | $ 1,116.09 | |
| 11/16/18 | $ 215.06 | $ 5,599.51 | | | $ 3,515.75 | | $ 1,733.44 | | $ 1,681.47 | $ 215.06 | $ 1,331.15 | |
| 11/30/18 | | $ 5,599.51 | | $ 703.15 | $ 2,812.60 | $ 413.18 | $ 1,320.26 | $ 44.61 | $ 1,636.86 | $ (1,160.94) | $ 170.21 | |
| 12/18/18 | $ 215.06 | $ 5,384.45 | | | $ 2,812.60 | | $ 1,320.26 | | $ 1,636.86 | $ 215.06 | $ 385.27 | |
| 02/13/19 | $ 215.06 | $ 5,169.39 | | | $ 2,812.60 | | $ 1,320.26 | | $ 1,636.86 | $ 215.06 | $ 600.33 | |
| 03/13/19 | | $ 5,169.39 | | $ 703.15 | $ 2,109.45 | $ 413.18 | $ 907.08 | | $ 1,636.86 | $ (1,116.33) | $ (516.00) | |
| 03/20/19 | $ 215.06 | $ 4,954.33 | | | $ 2,109.45 | | $ 907.08 | | $ 1,636.86 | $ 215.06 | $ (300.94) | |
| 07/17/19 | $ 845.35 | $ 4,108.98 | | | $ 2,109.45 | | $ 907.08 | | $ 1,636.86 | $ 845.35 | $ 544.41 | |
| 08/13/19 | $ 645.18 | $ 3,463.80 | | $ 703.15 | $ 1,406.30 | $ 413.18 | $ 493.90 | | $ 1,636.86 | $ (471.15) | $ 73.26 | |
| 10/01/19 | $ 225.23 | $ 3,238.57 | | | $ 1,406.30 | | $ 493.90 | | $ 1,636.86 | $ 225.23 | $ 298.49 | |
| 10/16/19 | $ 215.52 | $ 3,023.05 | | | $ 1,406.30 | | $ 493.90 | | $ 1,636.86 | $ 215.52 | $ 514.01 | |
| 12/17/19 | $ 215.52 | $ 2,807.53 | | | $ 1,406.30 | | $ 493.90 | | $ 1,636.86 | $ 215.52 | $ 729.53 | |
| 03/17/20 | $ 646.57 | $ 2,160.96 | | $ 703.15 | $ 703.15 | $ 413.18 | $ 80.72 | | $ 1,636.86 | $ (469.76) | $ 259.77 | |
| 04/20/20 | $ 207.90 | $ 1,953.06 | | | $ 703.15 | | $ 80.72 | | $ 1,636.86 | $ 207.90 | $ 467.67 | |
| 06/08/20 | $ 207.90 | $ 1,745.16 | | | $ 703.15 | | $ 80.72 | | $ 1,636.86 | $ 207.90 | $ 675.57 | |
| 07/13/20 | $ 207.90 | $ 1,537.26 | | $ 703.15 | $ - | $ 418.60 | $ (337.88) | | $ 1,636.86 | $ (913.85) | $ (238.28) | |
| 08/17/20 | $ 415.80 | $ 1,121.46 | | | $ - | | $ (337.88) | | $ 1,636.86 | $ 415.80 | $ 177.52 | |
| 09/22/20 | $ 207.90 | $ 913.56 | | | $ - | | $ (337.88) | | $ 1,636.86 | $ 207.90 | $ 385.42 | |
| 10/20/20 | $ 210.21 | $ 703.35 | | | $ - | | $ (337.88) | | $ 1,636.86 | $ 210.21 | $ 595.63 | |
| 11/09/20 | $ 210.21 | $ 493.14 | | | $ - | | $ (337.88) | | $ 1,636.86 | $ 210.21 | $ 805.84 | |
| 04/23/21 | | $ 493.14 | | | $ - | | $ (337.88) | $ 112.00 | $ 1,524.86 | $ (112.00) | $ 693.84 | |
| 04/23/24 | $ 31.75 | $ 461.39 | | | $ - | | $ (337.88) | | $ 1,524.86 | $ 31.75 | $ 725.59 | |
| 09/24/24 | $ 461.39 | $ (0.00) | | | $ - | | $ (337.88) | | $ 1,524.86 | $ 461.39 | $ 1,186.98 | |
| | | $ (0.00) | | | $ - | | $ (337.88) | | $ 1,524.86 | $ - | $ 1,186.98 | |
| | | $ (0.00) | | | $ - | | $ (337.88) | | $ 1,524.86 | $ - | $ 1,186.98 | |
| | | $ (0.00) | | | $ - | | $ (337.88) | | $ 1,524.86 | $ - | $ 1,186.98 | |
| | | $ (0.00) | | | $ - | | $ (337.88) | | $ 1,524.86 | $ - | $ 1,186.98 | |

## Motion For Relief Information
### Post-Petition Ledger

| Filed By: | JOSHUA MANNING / ANNON MANNI | Payment Changes | | | |
|---|---|---|---|---|---|
| Case Number: | 1603624 | From Date | To Date | Total Amount | P&I Total |
| Filing Date: | 08/31/16 | | 9/1/2016 | $1,116.33 | $703.15 |
| | | 5/1/2019 | 4/1/2020 | $1,121.75 | $703.15 |
| Payments in POC | $3,515.75 | 5/1/2020 | 4/1/2021 | $1,123.57 | $703.15 |
| 1st Post Due Date | 09/01/16 | 5/1/2021 | 4/1/2022 | $1,127.20 | $703.15 |
| | | 5/1/2022 | 5/1/2022 | $1,124.27 | $703.15 |
| | | 6/1/2022 | 4/1/2023 | $1,003.41 | $703.15 |
| | | 5/1/2023 | 4/1/2024 | $1,013.00 | $703.15 |
| | | 5/1/2024 | | $1,027.62 | $703.15 |

| Date | Amount Received | Applied To | Post Petition Amount Due | Post Suspense Balance | Comments | Applied (P&I and) | Escrow Applied | Fees/Costs/Corp Applied | Payment Suspense | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $ - | | | | | $ - | $ - |
| | | | | $ - | | | | | $ - | $ - |
| 09/15/16 | $ 1,123.23 | 09/01/16 | $ 1,116.33 | $ 6.90 | | | | | $ 1,123.23 | $ 1,123.23 |
| 10/10/16 | $ 1,123.23 | 10/01/16 | $ 1,116.33 | $ 13.80 | | | | | $ 1,123.23 | $ 2,246.46 |
| 11/02/16 | $ 1,123.23 | 11/01/16 | $ 1,116.33 | $ 20.70 | | | | | $ 1,123.23 | $ 3,369.69 |
| 12/07/16 | | | | $ 20.70 | | $ 703.15 | $ 415.56 | | $ (1,118.71) | $ 2,250.98 |
| 12/07/16 | | | | $ 20.70 | | $ 703.15 | $ 411.99 | | $ (1,115.14) | $ 1,135.84 |
| 12/07/16 | | | | $ 20.70 | | $ 703.15 | $ 411.99 | | $ (1,115.14) | $ 20.70 |
| 12/07/16 | $ 1,116.33 | 12/01/16 | $ 1,116.33 | $ 20.70 | | | | | $ 1,116.33 | $ 1,137.03 |
| 12/30/16 | | | | $ 20.70 | | $ 703.15 | $ 413.18 | | $ (1,116.33) | $ 20.70 |
| 01/10/17 | $ 1,116.33 | 01/01/17 | $ 1,116.33 | $ 20.70 | | | | | $ 1,116.33 | $ 1,137.03 |
| 01/31/17 | | | | $ 20.70 | | $ 703.15 | $ 413.18 | | $ (1,116.33) | $ 20.70 |
| 02/21/17 | $ 1,116.33 | 02/01/17 | $ 1,116.33 | $ 20.70 | | $ 703.15 | $ 413.18 | | $ (0.00) | $ 20.70 |
| 03/22/17 | $ 1,116.33 | 03/01/17 | $ 1,116.33 | $ 20.70 | | | | | $ 1,116.33 | $ 1,137.03 |
| 03/24/17 | | | | $ 20.70 | | $ 703.15 | $ 413.18 | | $ (1,116.33) | $ 20.70 |
| 04/27/17 | $ 1,116.33 | 04/01/17 | $ 1,116.33 | $ 20.70 | | $ 703.15 | $ 413.18 | | $ (0.00) | $ 20.70 |
| 05/24/17 | $ 1,116.33 | 05/01/17 | $ 1,116.33 | $ 20.70 | | $ 703.15 | $ 413.18 | | $ (0.00) | $ 20.70 |
| 06/30/17 | $ 1,116.33 | 06/01/17 | $ 1,116.33 | $ 20.70 | | | | | $ 1,116.33 | $ 1,137.03 |
| 08/04/17 | $ 1,116.33 | 07/01/17 | $ 1,116.33 | $ 20.70 | | $ 703.15 | $ 413.18 | | $ (0.00) | $ 1,137.03 |
| 09/01/17 | $ 1,116.33 | 08/01/17 | $ 1,116.33 | $ 20.70 | | $ 703.15 | $ 413.18 | | $ (0.00) | $ 1,137.03 |
| 09/13/17 | | | | $ 20.70 | | $ 703.15 | $ 413.18 | | $ (1,116.33) | $ 20.70 |
| 10/04/17 | $ 1,116.33 | 09/01/17 | $ 1,116.33 | $ 20.70 | | $ 703.15 | $ 413.18 | | $ (0.00) | $ 20.70 |
| 11/14/17 | $ 1,116.33 | 10/01/17 | $ 1,116.33 | $ 20.70 | | $ 703.15 | $ 413.18 | | $ (0.00) | $ 20.70 |
| 12/11/17 | $ 1,116.33 | 11/01/17 | $ 1,116.33 | $ 20.70 | | $ 703.15 | $ 413.18 | | $ (0.00) | $ 20.70 |
| 01/23/18 | $ 1,116.33 | 12/01/17 | $ 1,116.33 | $ 20.70 | | $ 703.15 | $ 413.18 | | $ (0.00) | $ 20.70 |
| 03/15/18 | $ 1,116.33 | 01/01/18 | $ 1,116.33 | $ 20.70 | | $ 703.15 | $ 413.18 | | $ (0.00) | $ 20.70 |
| 05/18/18 | $ 1,116.33 | 02/01/18 | $ 1,116.33 | $ 20.70 | | $ 703.15 | $ 413.18 | | $ (0.00) | $ 20.70 |
| 07/03/18 | $ 1,116.33 | 03/01/18 | $ 1,116.33 | $ 20.70 | | $ 703.15 | $ 413.18 | | $ (0.00) | $ 20.70 |
| 08/02/18 | $ 1,116.33 | 04/01/18 | $ 1,116.33 | $ 20.70 | | $ 703.15 | $ 413.18 | | $ (0.00) | $ 20.70 |
| 09/24/18 | $ 1,116.33 | 05/01/18 | $ 1,116.33 | $ 20.70 | | $ 703.15 | $ 413.18 | | $ (0.00) | $ 20.70 |
| 11/02/18 | $ 1,116.33 | 06/01/18 | $ 1,116.33 | $ 20.70 | | $ 703.15 | $ 413.18 | | $ (0.00) | $ 20.70 |
| 11/30/18 | | | | $ 20.70 | | | | | $ - | $ 20.70 |
| 01/04/19 | $ 1,116.33 | 07/01/18 | $ 1,116.33 | $ 20.70 | | $ 703.15 | $ 413.18 | | $ (0.00) | $ 20.70 |
| 03/12/19 | $ 1,016.33 | | | $ 1,037.03 | | | | | $ 1,016.33 | $ 1,037.03 |
| 03/13/19 | | | | $ 1,037.03 | | | | | $ - | $ 1,037.03 |
| 03/14/19 | $ 44.61 | | | $ 1,081.64 | | | | | $ 44.61 | $ 1,081.64 |
| 03/14/19 | $ 332.46 | 08/01/18 | $ 1,116.33 | $ 297.77 | | | | | $ 332.46 | $ 1,414.10 |
| 04/22/19 | $ 1,116.33 | 09/01/18 | $ 1,116.33 | $ 297.77 | | | | | $ 1,116.33 | $ 2,530.43 |
| 04/23/19 | | | | $ 297.77 | | $ 703.15 | $ 413.18 | | $ (1,116.33) | $ 1,414.10 |
| 05/28/19 | $ 1,116.33 | 10/01/18 | $ 1,116.33 | $ 297.77 | | | | | $ 1,116.33 | $ 2,530.43 |
| 05/29/19 | | | | $ 297.77 | | $ 703.15 | $ 413.18 | | $ (1,116.33) | $ 1,414.10 |
| 07/10/19 | $ 1,016.00 | 11/01/18 | $ 1,116.33 | $ 197.44 | | | | | $ 1,016.00 | $ 2,430.10 |
| 07/11/19 | | | | $ 197.44 | | $ 703.15 | $ 413.18 | | $ (1,116.33) | $ 1,313.77 |
| 07/17/19 | | | | $ 197.44 | | $ 703.15 | $ 413.18 | | $ (1,116.33) | $ 197.44 |
| 08/13/19 | | | | $ 197.44 | | | | | $ - | $ 197.44 |
| 09/30/19 | $ 1,116.33 | 12/01/18 | $ 1,116.33 | $ 197.44 | | | | | $ 1,116.33 | $ 1,313.77 |
| 10/01/19 | | | | $ 197.44 | | $ 703.15 | $ 413.18 | | $ (1,116.33) | $ 197.44 |
| 11/20/19 | $ 1,150.33 | 01/01/19 | $ 1,116.33 | $ 231.44 | | | | | $ 1,150.33 | $ 1,347.77 |
| 11/20/19 | | | | $ 231.44 | | $ 703.15 | $ 413.18 | | $ (1,116.33) | $ 231.44 |
| 01/16/20 | $ 1,150.00 | 02/01/19 | $ 1,116.33 | $ 265.11 | | | | | $ 1,150.00 | $ 1,381.44 |
| 01/17/20 | | | | $ 265.11 | | $ 703.15 | $ 413.18 | | $ (1,116.33) | $ 265.11 |
| 02/24/20 | $ 1,121.75 | 03/01/19 | $ 1,116.33 | $ 270.53 | | | | | $ 1,121.75 | $ 1,386.86 |
| 02/25/20 | $ 1.00 | | | $ 271.53 | | | | | $ 1.00 | $ 1,387.86 |
| 02/25/20 | | | | $ 271.53 | | $ 703.15 | $ 413.18 | | $ (1,116.33) | $ 271.53 |
| 03/11/20 | $ 1,150.00 | 04/01/19 | $ 1,116.33 | $ 305.20 | | | | | $ 1,150.00 | $ 1,421.53 |
| 03/12/20 | | | | $ 305.20 | | $ 703.15 | $ 413.18 | | $ (1,116.33) | $ 305.20 |

| Date | Payment | Due Date | Amount Due | Suspense | | Principal | Interest | | Applied | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/17/20 | | | | $ 305.20 | | | | | $ - | $ 305.20 |
| 04/15/20 | $ 1,150.33 | 05/01/19 | $ 1,121.75 | $ 333.78 | | | | | $ 1,150.33 | $ 1,455.53 |
| 04/16/20 | | | | $ 333.78 | | $ 703.15 | $ 413.18 | | $ (1,116.33) | $ 339.20 |
| 05/29/20 | $ 1,123.00 | 06/01/19 | $ 1,121.75 | $ 335.03 | | | | | $ 1,123.00 | $ 1,462.20 |
| 05/31/20 | | | | $ 335.03 | | $ 703.15 | $ 418.60 | | $ (1,121.75) | $ 340.45 |
| 06/15/20 | $ 1,122.00 | 07/01/19 | $ 1,121.75 | $ 335.28 | | | | | $ 1,122.00 | $ 1,462.45 |
| 06/16/20 | | | | $ 335.28 | | $ 703.15 | $ 418.60 | | $ (1,121.75) | $ 340.70 |
| 07/13/20 | | | | $ 335.28 | | | | | $ - | $ 340.70 |
| 07/24/20 | $ 1,123.00 | 08/01/19 | $ 1,121.75 | $ 336.53 | | | | | $ 1,123.00 | $ 1,463.70 |
| 07/27/20 | | | | $ 336.53 | | $ 703.15 | $ 418.60 | | $ (1,121.75) | $ 341.95 |
| 08/12/20 | $ 1,123.00 | 09/01/19 | $ 1,121.75 | $ 337.78 | | | | | $ 1,123.00 | $ 1,464.95 |
| 08/13/20 | | | | $ 337.78 | | $ 703.15 | $ 418.60 | | $ (1,121.75) | $ 343.20 |
| 09/04/20 | $ 1,121.75 | 10/01/19 | $ 1,121.75 | $ 337.78 | | | | | $ 1,121.75 | $ 1,464.95 |
| 09/08/20 | | | | $ 337.78 | | $ 703.15 | $ 418.60 | | $ (1,121.75) | $ 343.20 |
| 10/07/20 | $ 1,121.75 | 11/01/19 | $ 1,121.75 | $ 337.78 | | | | | $ 1,121.75 | $ 1,464.95 |
| 10/08/20 | | | | $ 337.78 | | $ 703.15 | $ 418.60 | | $ (1,121.75) | $ 343.20 |
| 11/03/20 | $ 1,121.75 | 12/01/19 | $ 1,121.75 | $ 337.78 | | | | | $ 1,121.75 | $ 1,464.95 |
| 11/04/20 | | | | $ 337.78 | | $ 703.15 | $ 418.60 | | $ (1,121.75) | $ 343.20 |
| 12/08/20 | $ 1,121.75 | 01/01/20 | $ 1,121.75 | $ 337.78 | | | | | $ 1,121.75 | $ 1,464.95 |
| 12/09/20 | | | | $ 337.78 | | $ 703.15 | $ 418.60 | | $ (1,121.75) | $ 343.20 |
| 01/08/21 | $ 1,121.75 | 02/01/20 | $ 1,121.75 | $ 337.78 | | | | | $ 1,121.75 | $ 1,464.95 |
| 01/11/21 | | | | $ 337.78 | | $ 703.15 | $ 418.60 | | $ (1,121.75) | $ 343.20 |
| 02/09/21 | $ 1,121.75 | 03/01/20 | $ 1,121.75 | $ 337.78 | | | | | $ 1,121.75 | $ 1,464.95 |
| 02/10/21 | | | | $ 337.78 | | $ 703.15 | $ 418.60 | | $ (1,121.75) | $ 343.20 |
| 02/24/21 | $ 130.63 | | | $ 468.41 | | | | | $ 130.63 | $ 473.83 |
| 03/05/21 | $ 1,121.75 | 04/01/20 | $ 1,121.75 | $ 468.41 | | | | | $ 1,121.75 | $ 1,595.58 |
| 03/08/21 | | | | $ 468.41 | | $ 703.15 | $ 418.60 | | $ (1,121.75) | $ 473.83 |
| 03/23/21 | $ 210.21 | | | $ 678.62 | | | | | $ 210.21 | $ 684.04 |
| 04/13/21 | $ 1,121.75 | 05/01/20 | $ 1,123.57 | $ 676.80 | | | | | $ 1,121.75 | $ 1,805.79 |
| 04/14/21 | | | | $ 676.80 | | $ 703.15 | $ 420.42 | | $ (1,123.57) | $ 682.22 |
| 04/23/21 | $ 210.21 | | | $ 887.01 | | | | | $ 210.21 | $ 892.43 |
| 05/12/21 | $ 1,123.57 | 06/01/20 | $ 1,123.57 | $ 887.01 | | | | | $ 1,123.57 | $ 2,016.00 |
| 05/13/21 | | | | $ 887.01 | | $ 703.15 | $ 420.42 | | $ (1,123.57) | $ 892.43 |
| 05/25/21 | $ 217.14 | | | $ 1,104.15 | | | | | $ 217.14 | $ 1,109.57 |
| 06/08/21 | $ 1,123.57 | 07/01/20 | $ 1,123.57 | $ 1,104.15 | | | | | $ 1,123.57 | $ 2,233.14 |
| 06/09/21 | | | | $ 1,104.15 | | $ 703.15 | $ 420.42 | | $ (1,123.57) | $ 1,109.57 |
| Plan MOD- from 08/01/2020 to 04/01/2021 (9 Months) iao $ 1123.57 Each and from 05/01/2021 to 07/01/2021 (3Months) iao $1127.20 Each total iao $13493.73 and less suspese 335.96 is 13157.77 | | | | $ 1,104.15 | | | | | $ - | $ 1,109.57 |
| 06/22/21 | $ 217.14 | 08/01/20 | $ 1,123.57 | $ 197.72 | | | | | $ 217.14 | $ 1,326.71 |
| 07/13/21 | $ 1,123.57 | 09/01/20 | $ 1,123.57 | $ 197.72 | | | | | $ 1,123.57 | $ 2,450.28 |
| 07/14/21 | | | | $ 197.72 | | $ 703.15 | $ 420.42 | | $ (1,123.57) | $ 1,326.71 |
| 07/21/21 | $ 384.46 | | | $ 582.18 | | | | | $ 384.46 | $ 1,711.17 |
| 07/28/21 | | | | $ 582.18 | | $ 703.15 | $ 420.42 | | $ (1,123.57) | $ 587.60 |
| 08/06/21 | $ 1,123.57 | 10/01/20 | $ 1,123.57 | $ 582.18 | | | | | $ 1,123.57 | $ 1,711.17 |
| 08/09/21 | | | | $ 582.18 | | $ 703.15 | $ 420.42 | | $ (1,123.57) | $ 587.60 |
| 08/31/21 | $ 478.46 | | | $ 1,060.64 | | | | | $ 478.46 | $ 1,066.06 |
| 09/09/21 | $ 1,123.57 | 11/01/20 | $ 1,123.57 | $ 1,060.64 | | | | | $ 1,123.57 | $ 2,189.63 |
| 09/10/21 | | | | $ 1,060.64 | | $ 703.15 | $ 420.42 | | $ (1,123.57) | $ 1,066.06 |
| 09/20/21 | $ 470.00 | 12/01/20 | $ 1,123.57 | $ 407.07 | | | | | $ 470.00 | $ 1,536.06 |
| 10/08/21 | $ 1,123.57 | 01/01/21 | $ 1,123.57 | $ 407.07 | | | | | $ 1,123.57 | $ 2,659.63 |
| 10/11/21 | | | | $ 407.07 | | $ 703.15 | $ 420.42 | | $ (1,123.57) | $ 1,536.06 |
| 10/19/21 | $ 456.50 | | | $ 863.57 | | | | | $ 456.50 | $ 1,992.56 |
| 11/12/21 | $ 1,123.57 | 02/01/21 | $ 1,123.57 | $ 863.57 | | | | | $ 1,123.57 | $ 3,116.13 |
| 11/15/21 | | | | $ 863.57 | | $ 703.15 | $ 420.42 | | $ (1,123.57) | $ 1,992.56 |
| 11/22/21 | $ 374.33 | 03/01/21 | $ 1,123.57 | $ 114.33 | | | | | $ 374.33 | $ 2,366.89 |
| 12/08/21 | $ 1,123.57 | 04/01/21 | $ 1,123.57 | $ 114.33 | | | | | $ 1,123.57 | $ 3,490.46 |
| 12/09/21 | | | | $ 114.33 | | $ 703.15 | $ 420.42 | | $ (1,123.57) | $ 2,366.89 |
| 12/21/21 | | | | $ 114.33 | | $ 703.15 | $ 420.42 | | $ (1,123.57) | $ 1,243.32 |
| 12/21/21 | $ 373.42 | | | $ 487.75 | | | | | $ 373.42 | $ 1,616.74 |
| 01/13/22 | $ 1,123.57 | 05/01/21 | $ 1,127.20 | $ 484.12 | | | | | $ 1,123.57 | $ 2,740.31 |
| 01/14/22 | | | | $ 484.12 | | $ 703.15 | $ 420.42 | | $ (1,123.57) | $ 1,616.74 |
| 01/25/22 | $ 373.42 | | | $ 857.54 | | | | | $ 373.42 | $ 1,990.16 |
| 02/11/22 | $ 1,123.57 | 06/01/21 | $ 1,127.20 | $ 853.91 | | | | | $ 1,123.57 | $ 3,113.73 |
| 02/14/22 | | | | $ 853.91 | | $ 703.15 | $ 424.05 | | $ (1,127.20) | $ 1,986.53 |
| 03/15/22 | $ 1,123.57 | 07/01/21 | $ 1,127.20 | $ 850.28 | | | | | $ 1,123.57 | $ 3,110.10 |
| 03/16/22 | | | | $ 850.28 | | $ 703.15 | $ 424.05 | | $ (1,127.20) | $ 1,982.90 |
| 03/22/22 | | | | $ 850.28 | | $ 703.15 | $ 424.05 | | $ (1,127.20) | $ 855.70 |
| 03/22/22 | $ 373.42 | 08/01/21 | $ 1,127.20 | $ 96.50 | | | | | $ 373.42 | $ 1,229.12 |
| 04/14/22 | $ 1,123.57 | 09/01/21 | $ 1,127.20 | $ 92.87 | | | | | $ 1,123.57 | $ 2,352.69 |
| 04/15/22 | | | | $ 92.87 | | $ 703.15 | $ 424.05 | | $ (1,127.20) | $ 1,225.49 |
| 04/19/22 | $ 373.42 | | | $ 466.29 | | | | | $ 373.42 | $ 1,598.91 |
| 05/19/22 | $ 1,123.57 | 10/01/21 | $ 1,127.20 | $ 462.66 | | | | | $ 1,123.57 | $ 2,722.48 |
| 05/20/22 | | | | $ 462.66 | | $ 703.15 | $ 424.05 | | $ (1,127.20) | $ 1,595.28 |

| Date | Payment | Due Date | Amount Due | Suspense | Code | Principal | Interest | Escrow | Applied | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/23/22 | $ 746.84 | 11/01/21 | $ 1,127.20 | $ 82.30 | | | | | $ 746.84 | $ 2,342.12 |
| 06/16/22 | $ 1,003.41 | | | $ 1,085.71 | | | | | $ 1,003.41 | $ 3,345.53 |
| 06/17/22 | | | | $ 1,085.71 | | $ 703.15 | $ 424.05 | | $ (1,127.20) | $ 2,218.33 |
| 07/19/22 | | | | $ 1,085.71 | | $ 703.15 | $ 424.05 | | $ (1,127.20) | $ 1,091.13 |
| 07/19/22 | $ 373.42 | 12/01/21 | $ 1,127.20 | $ 331.93 | | | | | $ 373.42 | $ 1,464.55 |
| 08/11/22 | $ 1,003.41 | 01/01/22 | $ 1,127.20 | $ 208.14 | | | | | $ 1,003.41 | $ 2,467.96 |
| 08/12/22 | | | | $ 208.14 | | $ 703.15 | $ 424.05 | | $ (1,127.20) | $ 1,340.76 |
| 08/23/22 | | | | $ 208.14 | | $ 703.15 | $ 424.05 | | $ (1,127.20) | $ 213.56 |
| 08/23/22 | $ 401.23 | | | $ 609.37 | | | | | $ 401.23 | $ 614.79 |
| 09/14/22 | $ 1,003.41 | 02/01/22 | $ 1,127.20 | $ 485.58 | | | | | $ 1,003.41 | $ 1,618.20 |
| 09/15/22 | | | | $ 485.58 | | $ 703.15 | $ 424.05 | | $ (1,127.20) | $ 491.00 |
| 09/20/22 | $ 401.23 | | | $ 886.81 | | | | | $ 401.23 | $ 892.23 |
| 11/17/22 | $ 1,003.41 | 03/01/22 | $ 1,127.20 | $ 763.02 | | | | | $ 1,003.41 | $ 1,895.64 |
| 11/18/22 | | | | $ 763.02 | | $ 703.15 | $ 424.05 | | $ (1,127.20) | $ 768.44 |
| 12/08/22 | $ 380.37 | | | $ 1,143.39 | | | | | $ 380.37 | $ 1,148.81 |
| 12/13/22 | $ 1,003.41 | 04/01/22 | $ 1,127.20 | $ 1,019.60 | | | | | $ 1,003.41 | $ 2,152.22 |
| 12/14/22 | | | | $ 1,019.60 | | $ 703.15 | $ 424.05 | | $ (1,127.20) | $ 1,025.02 |
| 12/20/22 | $ 380.37 | 05/01/22 | $ 1,124.27 | $ 275.70 | | | | | $ 380.37 | $ 1,405.39 |
| 01/24/23 | | | | $ 275.70 | | $ 703.15 | $ 421.12 | | $ (1,124.27) | $ 281.12 |
| 01/24/23 | $ 558.00 | | | $ 833.70 | | | | | $ 558.00 | $ 839.12 |
| 02/22/23 | | | | $ 833.70 | | $ 703.15 | $ 300.26 | | $ (1,003.41) | $ (164.29) |
| 02/22/23 | $ 1,098.33 | 06/01/22 | $ 1,003.41 | $ 928.62 | | | | | $ 1,098.33 | $ 934.04 |
| 03/22/23 | $ 380.37 | 07/01/22 | $ 1,003.41 | $ 305.58 | | | | | $ 380.37 | $ 1,314.41 |
| 04/03/23 | $ 1,003.41 | 08/01/22 | $ 1,003.41 | $ 305.58 | | | | | $ 1,003.41 | $ 2,317.82 |
| 04/04/23 | | | | $ 305.58 | | $ 703.15 | $ 300.26 | | $ (1,003.41) | $ 1,314.41 |
| 04/25/23 | | | | $ 305.58 | | $ 703.15 | $ 300.26 | | $ (1,003.41) | $ 311.00 |
| 04/25/23 | $ 380.37 | | | $ 685.95 | | | | | $ 380.37 | $ 691.37 |
| 05/23/23 | $ 380.37 | 09/01/22 | $ 1,003.41 | $ 62.91 | | | | | $ 380.37 | $ 1,071.74 |
| 06/01/23 | $ 1,003.41 | 10/01/22 | $ 1,003.41 | $ 62.91 | | | | | $ 1,003.41 | $ 2,075.15 |
| 06/02/23 | | | | $ 62.91 | | $ 703.15 | $ 300.26 | | $ (1,003.41) | $ 1,071.74 |
| 07/14/23 | $ 1,003.41 | 11/01/22 | $ 1,003.41 | $ 62.91 | | | | | $ 1,003.41 | $ 2,075.15 |
| 07/17/23 | | | | $ 62.91 | | $ 703.15 | $ 300.26 | | $ (1,003.41) | $ 1,071.74 |
| 07/18/23 | | | | $ 62.91 | | $ 703.15 | $ 300.26 | | $ (1,003.41) | $ 68.33 |
| 07/18/23 | $ 395.91 | | | $ 458.82 | | | | | $ 395.91 | $ 464.24 |
| 08/15/23 | $ 395.91 | | | $ 854.73 | | | | | $ 395.91 | $ 860.15 |
| 08/31/23 | $ 1,003.41 | 12/01/22 | $ 1,003.41 | $ 854.73 | | | | | $ 1,003.41 | $ 1,863.56 |
| 09/01/23 | | | | $ 854.73 | | $ 703.15 | $ 300.26 | | $ (1,003.41) | $ 860.15 |
| 09/21/23 | $ 1,003.41 | 01/01/23 | $ 1,003.41 | $ 854.73 | | | | | $ 1,003.41 | $ 1,863.56 |
| 09/22/23 | | | | $ 854.73 | | $ 703.15 | $ 300.26 | | $ (1,003.41) | $ 860.15 |
| 09/27/23 | $ 791.82 | 02/01/23 | $ 1,003.41 | $ 643.14 | | | | | $ 791.82 | $ 1,651.97 |
| 10/31/23 | $ 1,013.00 | 03/01/23 | $ 1,003.41 | $ 652.73 | | | | | $ 1,013.00 | $ 2,664.97 |
| 11/09/23 | | | | $ 652.73 | | $ 703.15 | $ 300.26 | | $ (1,003.41) | $ 1,661.56 |
| 12/06/23 | | | | $ 652.73 | | $ 703.15 | $ 300.26 | | $ (1,003.41) | $ 658.15 |
| 12/29/23 | $ 376.28 | 04/01/23 | $ 1,003.41 | $ 25.60 | | | | | $ 376.28 | $ 1,034.43 |
| 01/17/24 | $ 1,003.41 | 05/01/23 | $ 1,013.00 | $ 16.01 | | | | | $ 1,003.41 | $ 2,037.84 |
| 01/25/24 | | | | $ 16.01 | | $ 703.15 | $ 300.26 | | $ (1,003.41) | $ 1,034.43 |
| 02/16/24 | $ 1,003.41 | 06/01/23 | $ 1,013.00 | $ 6.42 | | | | | $ 1,003.41 | $ 2,037.84 |
| 02/16/24 | $ 10.00 | | | $ 16.42 | | | | | $ 10.00 | $ 2,047.84 |
| 02/19/24 | | | | $ 16.42 | | $ 703.15 | $ 309.85 | | $ (1,013.00) | $ 1,034.84 |
| 02/21/24 | $ 138.00 | | | $ 154.42 | | | | | $ 138.00 | $ 1,172.84 |
| 03/08/24 | $ 1,023.41 | 07/01/23 | $ 1,013.00 | $ 164.83 | | | | | $ 1,023.41 | $ 2,196.25 |
| 03/11/24 | | | | $ 164.83 | | $ 703.15 | $ 309.85 | | $ (1,013.00) | $ 1,183.25 |
| 04/22/24 | $ 1,028.00 | 08/01/23 | $ 1,013.00 | $ 179.83 | | | | | $ 1,028.00 | $ 2,211.25 |
| 04/22/24 | | | | $ 179.83 | | $ 703.15 | $ 309.85 | | $ (1,013.00) | $ 1,198.25 |
| 04/23/24 | | | | $ 179.83 | | $ 703.15 | $ 309.85 | | $ (1,013.00) | $ 185.25 |
| 04/23/24 | $ 60.25 | | | $ 240.08 | | | | | $ 60.25 | $ 245.50 |
| 05/22/24 | $ 3,000.00 | 09/01/23 | $ 1,013.00 | $ 2,227.08 | | | | | $ 3,000.00 | $ 3,245.50 |
| 05/23/24 | | 10/01/23 | $ 1,013.00 | $ 1,214.08 | | $ 703.15 | $ 309.85 | | $ (1,013.00) | $ 2,232.50 |
| 05/23/24 | | 11/01/23 | $ 1,013.00 | $ 201.08 | | $ 703.15 | $ 309.85 | | $ (1,013.00) | $ 1,219.50 |
| 05/23/24 | | | | $ 201.08 | | $ 703.15 | $ 309.85 | | $ (1,013.00) | $ 206.50 |
| 06/18/24 | $ 1,700.00 | 12/01/23 | $ 1,013.00 | $ 888.08 | | | | | $ 1,700.00 | $ 1,906.50 |
| 06/20/24 | | | | $ 888.08 | | $ 703.15 | $ 309.85 | | $ (1,013.00) | $ 893.50 |
| 06/20/24 | | | | $ 888.08 | | $ 703.15 | $ 309.85 | | $ (1,013.00) | $ (119.50) |
| Agreed order entered from the Post Petition IAO $4081.24 consisting of 2 Post Petition Payments Each IAO $1013.00 march and April and 2 Post Petition Payments Each IAO $1027.62 May and June and Less Suspence IAO $73.98 and Fees and Cost IAO $1249.00 and The post Petition Delinquency IAO $5256.6 | | | | $ 888.08 | | | | | $ - | $ (119.50) |
| 09/24/24 | | | | $ 888.08 | | $ 703.15 | $ 309.85 | | $ (1,013.00) | $ (1,132.50) |
| 09/24/24 | $ 875.94 | 01/01/24 | $ 1,013.00 | $ 751.02 | | | | | $ 875.94 | $ (256.56) |
| 10/02/24 | $ 1,500.00 | 02/01/24 | $ 1,013.00 | $ 1,238.02 | | | | | $ 1,500.00 | $ 1,243.44 |
| | | 03/01/24 | $ 1,013.00 | $ 225.02 | | | | $ (1,186.98) | $ 1,186.98 | $ 2,430.42 |
| | | 04/01/24 | $ 1,013.00 | $ - | | | | | $ - | $ 2,430.42 |
| | | | | $ - | BKP1 | $ 703.15 | $ 309.85 | | $ (1,013.00) | $ 1,417.42 |

| | | | | | $ - | BKP2 | $ 703.15 | $ 309.85 | | $ (1,013.00) | $ 404.42 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | $ - | | | | | $ - | $ 404.42 |
| | | | | | $ - | | | | | $ - | $ 404.42 |
| | | | | | $ - | | | | | $ - | $ 404.42 |
| | | | | | $ - | | | | | $ - | $ 404.42 |
| | | | | | $ - | | | | | $ - | $ 404.42 |
| | | | | | $ - | | | | | $ - | $ 404.42 |

| | | | | Step 1 | Paste all the transactions from LSAMS door 95 below System Fees and Costs and adjust the data by doing Alt+D+E (Text to Column) and sort by |
|---|---|---|---|---|---|
| **BK Filing Date** | | | | | |
| **Discharge Date** | | | Step 2 | Highlight the fees and costs that are getting adjusted with each other or other fee code type bringing the balance to minimum and matching v |
| **PPFN Filed** | | | Step 3 | Once this is done, we will filter the transactions by "No Fill" which will give us the transactions that requires adjustments |
| **Amount Claimed in PPFN** | | | Step 4 | We will verify each of the reamining fees and costs with the Claim Type and update required columns and also adjust the positive balances th |
| **AO Filed** | | | Step 5 | Update the suspense balance in respective buckets after all the adjustments on the pencil ledger that is if there is a payment application usin |
| **Amount Claimed in AO** | | | Step 6 | Once all the adjustments are completed, apply the respective fees and costs from the respective suspense bucket or move the uncollectible f |

**No corp advance**

| System Fees & Costs | | | | | Discharge Adjustments | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Type | Description | Amount | Transaction date | Claim Type | Amount Claimed | Applied Contractually | Amount remaining | Amount applied | Amount moved to BL |
| 2B | ABLGA-BK/MFR Fee | -400 | 2/6/2019 | Amount Zeroed | | | | | |
| 2B | ABLGA-BK/MFR Fee | -250 | 2/6/2019 | Amount Zeroed | | | | | |
| 2B | ABLGA-BK/MFR Fee | -250 | 2/6/2019 | Amount Zeroed | | | | | |
| 2B | ABLGA-BK/MFR Fee | **900** | 3/14/2019 | Amount Zeroed | | | | | |
| 2B | ABLGA-BK/MFR Fee | -425 | 11/10/2020 | Amount Zeroed | | | | | |
| 2B | ABLGA-BK/MFR Fee | 425 | 3/4/2021 | Amount Zeroed | | | | | |
| 2B | ABLGA-BK/MFR Fee | -225 | 6/23/2021 | Amount Zeroed | | | | | |
| 2B | ABLGA-BK/MFR Fee | 225 | 7/30/2021 | Amount Zeroed | | | | | |
| 2B | ABLGA-BK/MFR Fee | -50 | 4/22/2024 | Amount Zeroed | | | | | |
| 2B | ABLGA-BK/MFR Fee | 50 | 5/1/2024 | Amount Zeroed | | | | | |
| 2F | AFLGA-FC Fee | -705 | 2/6/2019 | Amount Zeroed | | | | | |
| 2F | AFLGA-FC Fee | -20 | 2/6/2019 | Amount Zeroed | | | | | |
| 2F | AFLGA-FC Fee | -20 | 2/6/2019 | Amount Zeroed | | | | | |
| 2F | AFLGA-FC Fee | -20 | 2/6/2019 | Amount Zeroed | | | | | |
| 2F | AFLGA-FC Fee | -16 | 2/6/2019 | Amount Zeroed | | | | | |
| 2F | AFLGA-FC Fee | -16 | 2/6/2019 | Amount Zeroed | | | | | |
| 2F | AFLGA-FC Fee | -16 | 2/6/2019 | Amount Zeroed | | | | | |
| 2F | AFLGA-FC Fee | -16 | 2/6/2019 | Amount Zeroed | | | | | |
| 2F | AFLGA-FC Fee | -16 | 2/6/2019 | Amount Zeroed | | | | | |
| 2F | AFLGA-FC Fee | -16 | 2/6/2019 | Amount Zeroed | | | | | |
| 2F | AFLGA-FC Fee | -16 | 2/6/2019 | Amount Zeroed | | | | | |
| 2F | AFLGA-FC Fee | **-16** | 2/6/2019 | Amount Zeroed | | | | | |
| 2F | AFLGA-FC Fee | -16 | 2/6/2019 | Amount Zeroed | | | | | |
| 2F | AFLGA-FC Fee | **-16** | 2/6/2019 | Amount Zeroed | | | | | |
| 2F | AFLGA-FC Fee | -16 | 2/6/2019 | Amount Zeroed | | | | | |
| 2F | AFLGA-FC Fee | **-16** | 2/6/2019 | Amount Zeroed | | | | | |
| 2F | AFLGA-FC Fee | 737 | 3/14/2019 | Amount Zeroed | | | | | |
| 2F | AFLGA-FC Fee | 124 | 9/25/2024 | Amount Zeroed | | | | | |
| 2M | CBLGA-MFR Costs | -181 | 11/16/2020 | Amount Zeroed | | | | | |
| 2M | CBLGA-MFR Costs | 181 | 3/4/2021 | Amount Zeroed | | | | | |
| E2 | OOAPA-Prop Insp | 112 | 4/22/2021 | Amount Zeroed | | | | | |